DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DOROTHY T. NEMETH and MATTHEW NEMETH,

Appellants,

v.

WILMINGTON TRUST, NATIONAL ASSOCIATION, as
successor trustee to Citibank, N.A., as trustee to Lehman XS
Trust mortgage pass-through certificates, Series 2005-6,
,

Appellees.

No. 2D22-3678

_____

March 22, 2024

Appeal from the Circuit Court for Manatee County; Diana Moreland,
Judge.

H. Daniel McKillop of McKillop Law Firm, Jacksonville, for Appellants.

Alec P. Hayes of Troutman Pepper Hamilton Sanders, LLP, Atlanta,
Georgia, for Appellee.


PER CURIAM.

    Affirmed.


VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.